**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------ Case No. 18-42302

IN RE:

       JOHN WILSON,

             Debtor

---

JOHN WILSON

          Plaintiff,

v.

OUMROW ROY SINGH, SABRINA B. SINGH
ASCB MANAGEMENT INC. "JOHN DOE" and
"JANE DOE," the last two names being fictitious,
said parties being individuals, if any, having or
claiming an interest in, or lien upon, the premises
described herein, and XYZ-1 CORP. and XYX-2
CORP., the last two names being fictitious, it being
the intention of Plaintiff to designate any
corporation having a legal interest in the premises
described herein.

          Defendants.

Civil Action No.: 18-01062

---

## ANOTHER SUPPLEMENTAL AFFIRMATION IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AND IMPOSITION OF LITIGATION FEES AND COST

Karamvir Dahiya as counsel for the Plaintiff states as follows regarding statements made by Oumrow Singh:

      Your Honor, at the last date of hearing, Mr. Singh stated that he has retained a lawyer, Leonard Eli Bronner from Brooklyn, New York. I called Mr. Bronner today and two days back, he stated that he has not been retained by Mr. Singh so far.  It is very respectfully requested that the Court grant the default in this case.

Dated: February 5, 2019
  New York NY

                                /s/_____
                                     Karamvir Dahiya
                                     Dahiya Law Offices, LLC
                                   75 Maiden Lane Suite 506
                                     New York NY 10038
                                     Tel: 212 766 8000