14. Upon information and belief, the consideration gained by Wilson was the relief of not being responsible for the debts and liabilities attendant to the property or subject to a deficiency judgment, possible bankruptcy and loss of credit all for a property in which Wilson never lived in and did not have sufficient income to maintain.

15. Upon information and belief, the plaintiff, subsequent to the recording of the deed for the property, changed his mind, perhaps because of an appreciating housing market, and decided to bring this complaint to retrieve the property.

16. The property, however, upon information and belief, was transferred to Mr. Singh for a valid consideration and is his. There is no basis to retract a valid deal simply because the plaintiff and Ms. Johnson changed their minds and think they can get a better deal in the current real estate market.

WHEREFORE, the respondent demands judgment dismissing the complaint, reasonable attorney fees, costs and any and other relief this Court deems just and proper.

Dated: February 19, 2019
Brooklyn, New York

Leonard Eli Bronner
Attorney for the Defendants
26 Court Street, Suite 810
Brooklyn, NY 11242
718-576-3741

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

IN RE:

    JOHN WILSON,

                Debtor,

Civil Action **No.:**
1-18-01062

---

JOHN WILSON,

            Plaintiff,

  v.

OUMROW ROY SINGH, SABRINA
B. SINGH, ASCB MANAGEMENT INC.
JOHN DOE and JANE DOE,

            Defendants.

---

AFFIDAVITS IN OPPOSITION

Leonard Eli Bronner
Attorney for the Defendant
26 Court Street, Suite 810
Brooklyn, NY 11242
718-576-3741