# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: smarcus | Date Created: 4/3/2020 |
| Case: 1−18−01062−ess | Form ID: pdf000 | Total: 4 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
ust      Office of the United States Trustee      Eastern District of NY (Brooklyn Office)      U.S. Federal Office Building      201 Varick Street, Suite 1006      New York, NY 10014
ust      United States Trustee      Office of the United States Trustee      U.S. Federal Office Building      201 Varick Street, Room 1006      New York, NY 10014
ust      United States Trustee      Office of the United States Trustee      U.S. Federal Office Building      201 Varick Street, Room 1006      New York, NY 10014
     Sabrina B Singh      199 Nassau Road      Roosevelt, NY 11575

TOTAL: 4