```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:                                          :
                                                :       Chapter 13
JOHN R.M. WILSON,                               :       Case No. 18-42302-ESS)
                                                :
          Debtor.                               :
-------------------------------------------------------x
JOHN R.M. WILSON,                               :
                                                :
          Plaintiff                             :
                                                :       Adv. Proc. No. 18-01062-ESS
          v.                                    :
                                                :
OUMROW ROY SINGH, SABRINA B.                    :
SINGH, ASCB MANAGEMENT INC.,                    :
"JOHN DOE", "JANE DOE," XYZ-1                   :
CORP., and XYX-2 CORP.                          :
                                                :
          Defendants.                           :
-------------------------------------------------------x
```

## **JUDGMENT**

WHEREAS, on September 9, 2020, this Court entered an order granting John R.M Wilson (the "Plaintiff") a judgment against defendants Oumrow Roy Singh, Sabrina B. Singh, ASCB Management Inc., John Doe, Jane Doe, XYZ-1 Corp., and XYX-2 Corp. (the "Defendants"), it is hereby

ORDERED AND ADJUDGED, that the Plaintiff John R.M. Wilson is declared to be the owner of the real property located at 1656 Park Place, Brooklyn, NY 11233 (the Property"); and any registration of deeds or encumbrances contrary to that are nullified; and it is further

ORDERED AND ADJUDGED, that the transfer of the deed from the Plaintiff John R.M. Wilson to ASCB Management Inc. is declared null and void and ownership of the Property is restored to John R.M. Wilson; and it is further

ORDERED AND ADJUDGED, that counsel for the Plaintiff may file a copy of this Order with the Kings County Clerk's office, and the Clerk may take steps to comply with this Order.

**Dated: Brooklyn, New York**
**September 9, 2020**

**Elizabeth S. Stong**
**United States Bankruptcy Judge**